**SO ORDERED.**
SIGNED this 23rd day of March, 2016

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    DANNY LEE HUTCHENS                #15-32597-SHB
         CYNTHIA SIMMONS HUTCHENS           Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY CAVALRY SPV I, LLC-ASSIGNEE CAPITAL ONE NA

No response having been filed in opposition to the Trustee's Objection to the secured claim filed by CAVALRY SPV I, LLC-ASSIGNEE CAPITAL ONE NA, it is hereby **ORDERED** that the Trustee, per the confirmed plan, shall make no payment on the claim unless the creditor files an amended deficiency claim within 120 days from the claims bar date.   This order does not avoid the lien status, if any, of this creditor.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney  (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995